**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 17, 2011**

Lawrence S. Walter
United States Bankruptcy Judge

_____

BK1012798
SJB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IN RE: | Case No. 10-36833 |
| Thomas J Inman | Chapter 7 |
| | Judge Walter |
| Debtor | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #11) FOR PROPERTY LOCATED AT (6456 STATE ROUTE 571 EAST GREENVILLE , OH 45331)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on January 18, 2011 as document number 11. Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 6456 State Route 571 East  Greenville, OH 45331.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
Bar Registration No.0076240
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Chase
PO Box 24696
Columbus, OH 43224
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Hollie S. Inman
307 Oxford Drive, Apt. 407
Greenville, OH 45331
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###